The facts being insufficient to support the conviction, the judgment of the trial court is reversed and the cause is remanded.

Opinion approved by the court.

### YOUNG v. STATE.
### No. 26246.

Court of Criminal Appeals of Texas.
Feb. 4, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Judge.

Appellant was charged by indictment with the felony offense of driving a motor vehicle upon a public highway while intoxicated, after having been convicted of the misdemeanor offense of driving while intoxicated. He waived a jury and entered a plea of guilty, whereupon judgment was entered adjudging him guilty of the offense charged and fixing his punishment at a fine of $250.

Notice of appeal was entered upon the overruling of appellant's motion for new trial, but the record does not disclose that sentence has been pronounced.

The conviction being for a felony, an appeal does not lie until sentence has been pronounced. Art. 769, C.C.P.; Wilburton v. State, 77 Tex.Cr.R. 657, 179 S.W. 1169; Carlile v. State, 97 Tex.Cr.R. 477, 262 S.W. 489; Garbs v. State, Tex.Cr.App., 234 S.W.2d 869.

The appeal is dismissed.